FILED

2003 NOV 21 P 3: 04

US DISTRICT COURT
BRIDGEPORT CT

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

WILLIAM J. MACCHIA AND  
CHRISTINE B. MACCHIA, H/W :

vs. : Civil Action No.:
: **303 CV 1004 (W WE)**

BAXTER HEALTHCARE CORPORATION, :
et al :

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

**Plaintiffs, William Macchia & Christine Macchia**

10/27/03
Date

Signature

CT 25255  
Connecticut Federal Bar Number

David S. Shrager  
Print Clearly or Type Name

(215) 568-7771  
Telephone Number

Two Commerce Square  
2001 Market Street, 32nd Floor  
Philadelphia, PA 19103

(215) 568-7495  
Fax Number

Address

dshrager@shragerlaw.com  
E-mail address

| Name: | **William Macchia, et al v. Johnson & Johnson, et al** |
|---|---|
| Plaintiff's Counsel: | **David S. Shrager, Esquire, Shrager, Spivey & Sachs, Two Commerce Square, 32nd Floor, 2001 Market Street, Philadelphia, PA 19103, (215) 568-7771; (215) 568-7495 (fax)** |
| Plaintiff's Co-Counsel: | **Robert K. Jenner, Esquire, Janet, Willoughby, Gershon, Getz & Jenner, LLC, Woodholme Center, 1829 Reisterstown Road, Suite 320, Baltimore, Maryland 21208, (410)-653-3200; (410) 653-9030 (fax)** |
| Plaintiff's Local Counsel: | **Neal L. Moskow, Esquire, Ury & Moskow, 883 Black Rock Turnpike, Fairfield, CT 06825, (203) 610-6393; (203) 610-6399 (fax), neal@urymoskow.com** |

| **Remaining Defendants** | **Counsel** |
|---|---|
| Johnson & Johnson (Lead Counsel) | David B. Sudzus, Esquire<br>James M. Moriarty, Esquire<br>Lara C. Otsuka, Esquire<br>Kelley Drye & Warren<br>Two Stamford Plaza<br>281 Tresser Boulevard<br>Stamford, CT 06901-3229<br>(203) 324-1400<br>(203) 327-2669 (fax) |
| Sime | William P. Kardaras, Esquire<br>Lori S. Kahn, Esquire<br>Kardaras & Kelleher, L.L.P.<br>40 Wall Street, 32nd Floor<br>New York, NY 10005-1303<br>(212) 785-5050<br>and<br>Robert K. Marzik<br>1512 Main Street<br>Stratford, CT 06615<br>(203) 375-4803 |

William Macchia
Page 2

| Dash | Donald M. Lieb, Esquire<br>Otjen, VanErt, Stangle, Lieb and Weir<br>700 Water Street, No., Suite 800<br>Milwaukee, WI 53202-4206<br>(414) 271-7271<br>and<br>R. Cornelius Danaher, Jr., Esquire<br>Calum B. Anderson, Esquire<br>Danaher, Tedford, Lagnese & Neal, P.C.<br>21 Oak Street, Suite 700<br>Hartford, CT 06106<br>(860) 247-3666<br>(860) 547-1321 |
|---|---|
| Ultravena<br>Chatsworth Latex, Inc. | *Unrepresented*<br>Chatsworth Latex Inc.<br>9421 Winnetka Avenue, Unit M<br>Chatsworth, CA 91311 |
| S.F. Dental Supply | *Unrepresented*<br>S.F. Dental Supply<br>1360 Mission Street<br>San Francisco, CA 94103 |
| Ultravena Industries | *Unrepresented*<br>Ultravena Industries<br>211 North Broadway<br>Green Bay, WI  54303 |

-2-

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following: (November 6, 2003)

All Counsel of Record (See Attached Service List)

_____
Signature