# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| WILLIAM J. MACCHIA, D.D.S., et al., | : |
| | : |
| Plaintiff, | : |
| | : |
| V. | : Civil Action No. 303 CV 1004(WWE) |
| | : |
| BAXTER HEALTHCARE | : |
| CORPORATION, et al., | : |
| Defendant. | : |

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

**Plaintiffs, William Macchia & Christine Macchia**

| | |
|---|---|
| November 17, 2003 | _Signature_ |
| Date | Signature |
| | |
| CT 25254 | Robert K. Jenner |
| Connecticut Federal Bar Number | Print Clearly or Type Name |
| | |
| | 1829 Reisterstown Road, Suite 320 |
| 410-653-3200 | Baltimore, Maryland 21208 |
| Telephone Number | Address |
| | |
| 410-653-6903 | |
| Fax Number | |
| | |
| rjenner@medlawlegalteam.com | |
| E-mail address | |

Name:                          **William Macchia, et al v. Johnson & Johnson, et al**

Plaintiff's Counsel:           **David S. Shrager, Esquire, Shrager, Spivey & Sachs, Two Commerce Square, 32nd Floor, 2001 Market Street, Philadelphia, PA 19103, (215) 568-7771; (215) 568-7495 (fax)**

Plaintiff's Co-Counsel:        **Robert K. Jenner, Esquire, Janet, Willoughby, Gershon, Getz & Jenner, LLC, Woodholme Center, 1829 Reisterstown Road, Suite 320, Baltimore, Maryland 21208, (410)-653-3200; (410) 653-9030 (fax)**

Plaintiff's Local Counsel:     **Neal L. Moskow, Esquire, Ury & Moskow, 883 Black Rock Turnpike, Fairfield, CT 06825, (203) 610-6393; (203) 610-6399 (fax), neal@urymoskow.com**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 24th 2003, a true and correct copy of the Appearance of Robert K. Jenner, Esq., was served via first class mail, postage prepaid upon the following:

| Defendants | Counsel |
|---|---|
| Johnson & Johnson (Lead Counsel) | David B. Sudzus, Esquire<br>James M. Moriarty, Esquire<br>Lara C. Otsuka, Esquire<br>Kelley Drye & Warren<br>Two Stamford Plaza<br>281 Tresser Boulevard<br>Stamford, CT   06901-3229<br>(203) 324-1400<br>(203) 327-2669 (fax) |
| Sime | William P. Kardaras, Esquire<br>Lori S. Kahn, Esquire<br>Kardaras & Kelleher, L.L.P.<br>40 Wall Street, 32nd Floor<br>New York, NY 10005-1303<br>(212) 785-5050<br>and<br>Robert K. Marzik<br>1512 Main Street<br>Stratford, CT 06615<br>(203) 375-4803 |

| Dash | Donald M. Lieb, Esquire<br>Otjen, VanErt, Stangle, Lieb and Weir<br>700 Water Street, No., Suite 800<br>Milwaukee, WI 53202-4206<br>(414) 271-7271<br>and<br>R. Cornelius Danaher, Jr., Esquire<br>Calum B. Anderson, Esquire<br>Danaher, Tedford, Lagnese & Neal, P.C.<br>21 Oak Street, Suite 700<br>Hartford, CT 06106<br>(860) 247-3666<br>(860) 547-1321 |
|---|---|
| Ultravena<br>Chatsworth Latex, Inc. | *Unrepresented*<br>Chatsworth Latex Inc.<br>9421 Winnetka Avenue, Unit M<br>Chatsworth, CA 91311 |
| S.F. Dental Supply | *Unrepresented*<br>S.F. Dental Supply<br>1360 Mission Street<br>San Francisco, CA 94103 |
| Ultravena Industries | *Unrepresented*<br>Ultravena Industries<br>211 North Broadway<br>Green Bay, WI   54303 |

Neal L. Moskow, Esq.
Ury & Moskow, LLC
883 Black Rock Turnpike
Fairfield, CT  06825
Telephone:  (203) 610-6393
Facsimile:  (203) 610-6399
Federal Bar No. ct04516
neal@urymoskow.com