RECEIVED
JUL 30 2003

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

FILED
2004 FEB 24 P 2: 22

## APPEARANCE

MACCHIA, et al.
      Plaintiffs,

v.

BAXTER HEALTHCARE CO., et al.,
      Defendants.

CASE NUMBER:

3:03CV1004(WWE)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

Johnson & Johnson, and Johnson & Johnson Medical

Date: 2/17/04

Signature

CT20544
**Connecticut Federal Bar Number**

(312) 857-7070
**Telephone Number**
(312) 857-7095
**Fax Number**

jdames@kelleydrye.com
**E-mail address**

John Dames
**Print Clearly or Type Name**

Kelley Drye & Warren LLP
333 W. Wacker Dr. - #2600
Chicago, IL 60606
**Address**

### CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

All Counsel of Record (See Attached Service List)

Signature

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

**William Macchia, et al. v. Baxter Healthcare Corporation, et al., #:03CV1004(WWE)**

## SERVICE LIST

David S. Shrager, Esquire
Shrager Spivey Sachs & Weinstock
2001 Market Street, 32nd Floor
Philadelphia, Pennsylvania 19103-7082
Telephone: (215) 568-7771
Facsimile: (215) 568-7495
**(Counsel for Plaintiffs)**

Nancy Harris Marvel, Esquire
Drinker Biddle & Reath LLP
One Logan Square
18th & Cherry Streets
Philadelphia, Pennsylvania 19103-6996
Telephone: (215) 988-2527
Facsimile: (215) 988-2757
**(Local Counsel for Johnson & Johnson)**

William P. Kardaras, Esquire
Kardaras & Kelleher, LLP
40 Wall Street, 32nd Floor
New York, New York 10005-1303
Telephone: (212) 785-5050
Facsimile: (212) 785-5055
**(Counsel for Sime Health, Ltd.)**

Robert G. Kelly, Jr. Esquire
Kelly, McLaughlin, Foster, Bracaglia, Daly,
Trabucco & White, LLP
620 West Germantown Pike
Suite 350
Plymouth Meeting, Pennsylvania 19462
Telephone: (610) 941-7900
**(Counsel for Sime Health)**

Donald M. Lieb, Esquire
Otjen, Van Ert, Stangle, Lieb & Weir S.C.
700 North Water Street, Suite 800
Milwaukee, Wisconsin 53202-4206
Telephone: (414) 223-2415
Facsimile: (414) 271-7272
**(Counsel for Dash Medical Gloves)**

Paul F. Lantieri, Esquire
Bennett, Bricklin & Saltzburg LLP
1601 Market Street
16th Floor
Philadelphia, Pennsylvania 19103
Telephone: (215) 561-4300
**(Counsel for Dash Medical Gloves)**