UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Status Conference Calendar

Honorable Warren W. Eginton, Senior U. S. D. J.
915 Lafayette Boulevard
Bridgeport
Chamber Room 335

April 1, 2004

9:30 a.m.

ANY REQUEST FOR A CONTINUANCE OR POSTPONEMENT MUST BE DIRECTED TO CHAMBERS. ALL ATTORNEYS OUTSIDE OF THE FAIRFIELD COUNTY AREA ARE ENCOURAGED TO CONTACT CHAMBERS REGARDING THE POSSIBILITY OF PARTICIPATING BY CONFERENCE CALL.

CASE NO. **3:03cv1004(WWE)**   <u>Macchia v. Baxter Healthcare Company</u>

Calum B. Anderson
Danaher Lagnese & Neal, P.C.      Δ Dash med Gloves
Capitol Place
21 Oak Street, Suite 700
Hartford, CT 06106


Karen Shichman Crawford          Regent Hosp product
Buchanan Ingersoll Professional Corp
One Oxford Centre
301 Grant St.                    Δ
Pittsburgh, PA 15219-1410


John Dames
Kelley, Drye & Warren LLP
333 West Wacker                  Δ
Suite 2600
Chicago, IL 60606


R. Cornelius Danaher Jr.
Danaher Lagnese & Neal, P.C.     Δ Dash med Gloves
Capitol Place
21 Oak Street, Suite 700
Hartford, CT 06106

Debra Schwaderer Dunne   *Smith & Nephew*
Thorp Reed & Armstrong
One Commerce Square
2005 Market Street
Suite 2010
Philadelphia, PA 19103-7041

Robert K. Jenner   *π*
Janet Willoughby Gershon Getz & Jenner
1829 Reisterstown Road
Suite 320
Baltimore, MD 21208

Lori S. Kahn   *Sime Health*
Kardaras & Kelleher, LLP
40 Wall Street
New York, NY 10005-1303

Louise A. Kelleher   *Sime Health*
Cooper Kardaras & Scharf
40 Wall St.
New York, NY 10005

Paul B. Kerrigan   *Smith & Nephew*
Reed Smith
2500 One Liberty PL.
1650 Market Street
Philadelphia, PA 19103

Donald M. Lieb   *✗*
Otjen Van Ert Stangle Lieb & Weir
700 North Water Street
Suite 800
Milwaukee, WI 53202-4206

Robert K. Marzik   *Local Counsel*
1512 Main St.   *Sime Health*
Stratford, CT 06497

James M. Moriarty   *Johnson & Johnson*
Kelley Drye & Warren LLP
Two Stamford Plaza
281 Tresser Boulevard
Stamford, CT 06901
*203-351-8034*

Neal Lewis Moskow   *π*
Ury & Moskow
883 Black Rock Turnpike
Fairfield, CT 06825

Lara Otsuka   *Johnson & Johnson*
Kelley Drye & Warren
333 West Wacker Drive
Chicago, IL 60606

David S. Shrager   *π*
Shrager Spivey Sachs & Weinstock
2001 Market Street
Two Commerce Square, 32nd Fl.
Philadelphia, PA 19103

David B. Sudzus   *△ Johnson & Johnson*
Kelley Drye & Warren
333 West Wacker Drive
Chicago, IL 60606

Marguerite S. Walsh   *Regent Hosp*
Littler Mendelson
Three Parkway
Suite 1400
Philadelphia, PA 19102-1321

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK