UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WILLIAM MACCHIA AND CHRISTINE MACCHIA | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 3:03 CV 1004 (WWE) |
| | : | |
| BAXTER HEALTHCARE COMPANY, JOHNSON & JOHNSON, JOHNSON & JOHNSON MEDICAL, DASH MEDICAL GLOVES, INC., SIME HEALTH LTD., ULTRAVENA INDUSTRIES, CHATSWORTH LATEX, INC. AND S.F. DENTAL SUPPLY | : | MAY 5, 2005 |
| Defendants. | : | |

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for Defendants, Johnson & Johnson and Johnson & Johnson Medical.

Dated: May 5, 2005

_____
R. Kelley Franco, Esq.  (CT 16258)
Ryan, Ryan, Johnson & Deluca, LLP
80 Fourth Street, P.O. Box 3057
Stamford, CT   06905
Phone No. 203-357-9200

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 5, 2005, a copy of the above was mailed to the following counsel and pro se parties of record:

David S. Shrager, Esq.
Shrager, Spivey, Sachs & Weinstock
2001 Market Street, 32nd Floor
Philadelphia, PA 19103-7082
Attorney for Plaintiffs, William and Catherine Macchia

Neil L. Moskow, Esq.
Ury & Moskow
883 Black Rock Turnpike
Fairfield, CT 06830
Attorney for Plaintiffs, William and Catherine Macchia

David B. Sudzus, Esq.
Drinker, Biddle & Reath, LLC
115 South LaSalle Street
23rd Floor
Chicago, IL 60603
Attorney for Defendant, Johnson & Johnson and Johnson & Johnson Medical

R. Cornelius Danaher, Jr., Esq.
Danaher, Lagnese & Neal, P.C.
21 Oak Street, # 700
Hartford, CT 06106-8002
Attorney for Defendant, Dash Medical Gloves

Donald M. Lieb, Esq.
Otjen, Van Ert, Stangle, Lieb & Weir S.C.
700 North Water Street, Suite 800
Milwaukee, WI 53202-4206
Attorney for Defendant, Dash Medical Gloves

William P. Kardaras, Esq.
Kardaras & Kelleher, LLP
40 Wall Street, 32nd Floor
New York, NY 10005-1303
Attorney for Defendant, Sime Health Ltd.

Robert K. Marzik, Esq.
Law Offices of Robert K. Marzik
1512 Main Street
Stratford, CT 06615-7097
Attorney for Defendant, Sime Health Ltd.

                                                                                        _____
                                                                                        R. Kelley Franco, Esq.

I:\Procases\1765.001\appearRKF050505.wpd
1765.001