UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
-----------------------------------------------------x
                                                     :
MACCHIA, et al.,                                     :   CIVIL ACTION NO.
                                                     :   3:03CV1004 (WWE)
                Plaintiff,                           :
                                                     :
      v.                                             :
                                                     :
BAXTER HEALTHCARE CO., et al.                        :
                                                     :
                Defendants.                          :   MAY 9, 2005
                                                     :
-----------------------------------------------------x
```

## MOTION TO WITHDRAW APPEARANCE

Pursuant to D. Conn. L. Civ. R. 7(e), the undersigned respectfully moves for an Order permitting the withdrawal of his appearance on behalf of defendants Johnson & Johnson and Johnson & Johnson Medical, Inc. (collectively, "J&J"). As good cause for the granting of the relief requested herein, the undersigned states that his withdrawal has been requested by J&J who is now represented in this matter by John Dames, David B. Sudzus and Lara Otsuka former members and employees of Kelley Drye & Warren LLP who are now members and employees of the law firm Drinker Biddle & Reath.

THE DEFENDANT<br>
JOHNSON & JOHNSON<br>
<br>
By:_____<br>
James M. Moriarty (ct 21876)<br>
Kelley Drye & Warren LLP<br>
Two Stamford Plaza<br>
281 Tresser Boulevard<br>
Stamford, Connecticut 06901<br>
(203) 324-1400<br>
(203) 327-2669 (facsimile)<br>
jmoriarty@kelleydrye.com

# CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing was served via first class mail, postage prepaid, this 9th day of May, 2005 on all counsel of record as follows:

| | |
|---|---|
| **William J. and Christine B. Macchia** | Robert K. Jenner, Esq.<br>Janet, Willoughby, Gershon, Getz & Jenner<br>1829 Reisterstown Road, Suite 320<br>Baltimore, Maryland  21208<br><br>David S. Shrager, Esq.<br>Shrager Spivey Sachs & Weinstock<br>2001 Market Street<br>Two Commerce Square, 32nd Floor<br>Philadelphia, Pennsylvania  19103<br><br>Neal Lewis Moskow, Esq.<br>Ury & Moskow<br>883 Black Rock Turnpike<br>Fairfield, Connecticut  06825 |
| **Ansell Perry, Inc.** | John A. Simon, Esq.<br>Gardner, Carton & Douglas LLC<br>Quaker Tower<br>321 N. Clark Street<br>Suite 3400<br>Chicago, Illinois  60610 |
| **Dash Medical Gloves, Inc.** | Donald M. Lieb, Esq.<br>Otjen, Van Ert, Lieb & Weir, S.C.<br>700 Water Street, North<br>Suite 800<br>Milwaukee, Wisconsin  53202-4206<br><br>Calum B. Anderson, Esq. (c 07611)<br>R. Cornelius Danaher, Jr., Esq. (c 5350)<br>Danaher, Tedford, Lagnese & Neal, P.C.<br>21 Oak Street, Suite 700<br>Hartford, Connecticut  06106 |

| | |
|---|---|
| ***Regent Hosp. Prod. Ltd.*** | Marguerite S. Walsh, Esq.<br>Littler Mendelson, P.C.<br>Three Parkway<br>Suite 1400<br>Philadelphia, Pennsylvania 19102-1321 |
| ***Sime Health Ltd.*** | Louise A. Kelleher, Esq.<br>Lori S. Kahn, Esq.<br>Kardaras & Kelleher LLP<br>40 Wall Street, 32nd Floor<br>New York, New York 10005<br><br>Karen Shichman Crawford, Esq.<br>Buchanan Ingersoll Professional Corp.<br>One Oxford Centre<br>301 Grant Street<br>Pittsburgh, Pennsylvania 15219-1410<br><br>Robert Marzik, Esq.<br>1512 Main Street<br>Stratford, Connecticut 06497 |
| ***Johnson & Johnson and Johnson & Johnson Medical, Inc.*** | John Dames, Esq.<br>Lara Otsuka, Esq.<br>David B. Sudzus, Esq.<br>Drinker Biddle & Reath LLP<br>115 S. LaSalle Street, 23rd Floor<br>Chicago, Illinois 60603-3862 |
| ***Smith & Newphew, Inc.*** | Debra Schwaderer Dunne, Esq.<br>Thorp Reed & Armstrong, LLP<br>One Commerce Square<br>2005 Market Street<br>Suite 2010<br>Philadelphia, Pennsylvania 19103-7041<br><br>Paul B. Kerrigan, Esq.<br>Reed Smith, LLP<br>2500 One Liberty Place<br>1650 Market Street<br>Philadelphia, Pennsylvania 19103 |

_____
James M. Moriarty

CT01/MORIJA/213771.1