UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM MACCHIA, et al., <br>            Plaintiffs, <br><br> v. <br><br> BAXTER HEALTHCARE CO., et al., <br>            Defendants. | CIVIL ACTION NO. <br> 3: 03 CV 1004 (WWE) <br><br> **MOTION TO ADJOURN** |

The Plaintiff, William Macchia, by and through the undersigned counsel, respectfully moves the Court to adjourn the Status Conference scheduled for December 20, 2005, at 9:15 a.m. to a time convenient for the Court on or after January 16, 2006 or as soon thereafter as the Court may deem appropriate. As reasons therefore, the Plaintiff states as follows:

1. The mediation of this matter has yet to be scheduled and the parties await notification of a convenient date from Judge Garfinkle;

2. Co-counsel for the Plaintiff, Attorney David S. Shrager has just recently passed away.

3. As a result of the foregoing, Counsel for the Plaintiff would like to request a short adjournment.

4. The short adjournment requested by the Plaintiff is necessary so that the Status Conference contemplated by the Order is meaningful.

Counsel for the Plaintiff contacted Counsel for the Defendants on October 8, 2005 via facsimile to obtain a statement of position as to this Motion and has not received any objection.

This is the first such request for adjournment of this Status Conference.

Wherefore, the Plaintiff respectfully moves this Court to grant the brief adjournment requested for all of the foregoing reasons.

Respectfully submitted,

URY & MOSKOW, LLC

BY: _____
Neal L. Moskow
Ury & Moskow, LLC
883 Black Rock Turnpike
Fairfield, CT 06825
(203)-610-6393
Federal Bar No. ct04516
neal@urymoskow.com

Christopher Bradley
Shrager, Spivey & Sachs
Two Commerce Square
2001 Market Street, 32nd Floor
Philadelphia, PA 19103

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of December, 2005, a true and correct copy of Motion to Adjourn was served via U.S. first class mail, postage pre-paid, upon the following:

Attention: Legal Department
Ultravena Industries
1500 River Pines Drive
Green Bay, WI 54311

Charles A. DeLuca, Esquire
R. Kelley Franco, Esquire
Ryan Ryan Johnson & DeLuca
80 4th St., P.O. Box 3057
Stamford, CT 06905

David B. Sudzus, Esquire
John Dames, Esquire
Lara Otsuka, Esquire
Drinker Biddle & Reath
115 S. LaSalle Street, 23rd Floor
Chicago, IL 60603

John A. Simon, Esquire
Gardner, Carton & Douglas
Quaker Tower
321 N. Clark Street
Suite 3400
Chicago, IL 60610

Lori S. Kahn, Esquire
Kardaras & Kelleher
40 Wall Street
New York, NY 10005-1303

Louise A. Kelleher, Esquire
Cooper Kardaras & Scharf
40 Wall Street
New York, NY 10005-1303

Robert K. Marzik, Esquire
1512 Main Street
Stratford, CT 06497

Karen Shichman Crawford, Esquire
Buchanan Ingersoll Professional Corp.
One Oxford Centre
301 Grant Street
Pittsburgh, PA 15219-1410

Marguerite S. Walsh, Esquire
Littler Mendelson
Three Parkway
Suite 1400
Philadelphia, PA 19102

Calum B. Anderson, Esquire
Danaher Lagnese & Neal, P.C.
Capitol Place
21 Oak Street, Suite 700
Hartford, CT 06106

Donald M. Lieb, Esquire
Otjen Van Ert Stangle Lieb & Weir
700 North Water Street
Suite 800
Milwaukee, WI 53202

Paul F. Lantieri, Esquire
Bennett Bricklin & Saltzburg
1601 Market Street, 16th Floor
Philadelphia, PA 19103

R. Cornelius Danaher, Jr., Esquire
Danaher, Lagnese & Neal, P.C.
Capitol Place
21 Oak Street, Suite 700
Hartford, CT 06106

Richard Walker, II, Esquire
Kelley Jasons Mcguire
Centre Square West
1500 Market Street
Suite 1500
Philadelphia, PA 19102

Debra Schwaderer Dunne, Esquire
Thorp Reed & Armstrong
One Commerce Square
2005 Market Street
Suite 2010
Philadelphia, PA 19103

Paul B. Kerrigan, Esquire
Reed Smith
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

*Ury & Moskow, LLC*

By: _____
Neal L. Moskow, Esq.
Ury& Moskow, LLC
883 Black Rock Turnpike
Fairfield, CT 06825
Federal Bar No. ct04516
neal@urymoskow.com