UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM J. MACCHIA AND<br>CHRISTINE B. MACCHIA, H/W<br><br>vs.<br><br>BAXTER HEALTHCARE CORPORATION,<br>et al | :<br>:<br>:  Civil Action No.:<br>:       303 CV 1004 (WWE)<br>:<br>:<br>: |

## MOTION FOR ADMISSION OF
## CHRISTOPHER A. BRADLEY TO APPEAR AS A VISITING LAWYER

Pursuant to D. Conn. L. Civ. R. 83.1(d), the undersigned hereby moves that Christopher A. Bradley (Mr. Bradley) be permitted to practice before this Court as a visiting lawyer in this matter on behalf of plaintiffs. In support of this application, the undersigned respectfully represents as follows:

1. The undersigned is a member of the bar of this Court, and is associated with the law firm of Ury & Moskow with offices at 883 Black Rock Turnpike, Fairfield, Connecticut 06825. I may be contacted by telephone at 203-610-6393, by fax at 203-610-6399.

2. Christopher A. Bradley is associated with the law firm of Shrager, Spivey and Sachs with offices at Two Commerce Square, 32nd Floor, 2001 Market Street, Philadelphia, PA 19103. Mr. Spivey may be reached by telephone at 215-568-7771, by fax at 215-568-7495 and by e-mail at cbradley@shragerlaw.com.

3. Mr. Bradley is a member in good standing of the Bar of the Commonwealth of Pennsylvania, admitted in 1999.

4. Based upon the affidavit of Mr. Bradley submitted concurrently with this application, neither Mr. Bradley nor any other attorney of Shrager, Spivey and Sachs has been denied admission or been disciplined by this Court, or any other court in the District of Connecticut.

-2-

5. All notices given or required to be given and all papers served or required to be served upon Plaintiffs in connection with this matter shall be served upon Mr. Bradley at the following address:

> Shrager, Spivey & Sachs
> Two Commerce Square-32nd Floor
> 2001 Market Street
> Philadelphia, PA 19103

WHEREFORE, the undersigned respectfully requests that, upon payment to the Clerk of the United States District Court for the District of Connecticut of the requisite fee of $25.00 (which is submitted herewith), the Court enter an Order permitting Christopher A. Bradley to appear and participate as a visiting lawyer on behalf of the Plaintiffs in this matter.

                        MOVANT
                        URY & MOSKOW, LLC

                        By: /s/ Ned L. Moskow
                        Ned L. Moskow (CT04516)
                        833 Black Rock Turnpike
                        Fairfield, CT 06825
                        Tel: 203-610-6393
                        Fax: 203-610-6399

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM J. MACCHIA AND<br>CHRISTINE B. MACCHIA, H/W<br><br>vs.<br><br>BAXTER HEALTHCARE CORPORATION,<br>et al | :<br>:<br>:   Civil Action No.:<br>:       303 CV 1004 (W WE)<br>:<br>:<br>: |

## AFFIDAVIT OF CHRISTOPHER A. BRADLEY

**COMMONWEALTH OF PENNSYLVANIA** }
                                 } SS
**COUNTY OF PHILADELPHIA**       }

I, Christopher A. Bradley, being duly sworn, hereby deposes and says:

1. I am an associate with the firm of Shrager, Spivey & Sachs, 2001 Market Street, 32nd Floor, Philadelphia, PA 19103.

2. I am a graduate of the Law School of the University of Pittsburgh (J.D. 1999). I am admitted to the bar of the Commonwealth of Pennsylvania (1999).

3. I am a member in good standing of the bar of the Commonwealth of Pennsylvania.

4. I do not have a grievance pending against me and I have never been reprimanded, suspended, placed on inactive status, or disbarred from the practice of law.  Further, I have never resigned from the practice of law.

5. To the best of my knowledge, neither I nor any attorney of Shrager, Spivey & Sachs has been denied admission or disciplined by this Court or any other court in the District of Connecticut.

-2-

6. This affidavit is submitted so that I might be admitted to practice before this Court for purposes of representing plaintiffs in the above-captioned case.

_____
Christopher A. Bradley

Subscribed and Sworn to before me

this 22nd day of December 2005

_____
NOTARY PUBLIC

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
ANGELA M. PETRONE, Notary Public
City of Philadelphia, Phila. County
My Commission Expires March 28, 2009

-2-

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was served via first class mail, postage prepaid, this __23ʀᴅ__, day of __DECEMBER__, 2005 on all counsel of record as follows:

Louis A. Kelleher, Esquire
William P. Kardaras
Kardaras & Kelleher, LLP
40 Wall Street, 32nd Floor
New York, NY 10005-1303

Donald M. Lieb, Esquire
Otjean, Van Ert, Stangle, Lieb & Weir
700 Water Street, N., Suite 800
Milwaukee, WI 53202-4206

Paul F. Lantieri, Esquire
Bennett, Bricklin & Saltzburg, LLP
1601 Market Street, 16th Floor
Philadelphia, PA 19103

Richard L. Walker, II, Esquire
Kelley Jasons McQuire & Spinelli, LLP
Centre Square West, Suite 1500
1500 Market Street
Philadelphia, PA 19102

John A. Simon, Esquire
Gardner, Carton & Douglas
191 No. Wacker Drive
Suite 3400
Chicago, IL 60606

Debra S. Dunne, Esquire
Thorp Reed & Armstrong
One Commerce Square
2005 Market Street, Suite 2010
Philadelphia, PA  19103-7041

Lara Otsuka, Esquire
Kelley, Drye & Warren LLP
333 West Wacker Drive
Chicago, IL 60606

James Moriarty, Esquire
Two Stamford Plaza
281 Tresser Blvd
Stamford, CT 06901-3229

Paul B. Kerrigan, Esquire
Reed Smith, LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

Margurite S. Walsh, Esquire
Littler Mendelson, P.C.
Three Parkway, Suite 1400
Philadelphia, PA 19102-1321

-2-

Karen Shichman Crawford, Esquire
Buchanan Ingersoll Professional Corp
One Oxford Centre
301 Grant Street
Pittsburgh, PA 15219-1410

_____