AO 458 (Rev.10/95) Appearance

# UNITED STATES DISTRICT COURT

_____ District of _____

DISTRICT OF CONNECTICUT

-----------------------------------------------------------x
WILLIAM MACCHIA, et al.,                    CIVIL ACTION NO:
                                            3: 03 CV 1004 (WWE)
    Plaintiff,

  -against-

BAXTER HEALTHCARE CO., et al.,

    Defendant.                              JANURY 12, 2006
-----------------------------------------------------------x

To the Clerk of this court and all parties of record:

  Enter my appearance as counsel in this case for

    **William M. Macchia, D.D.S and Christine B. Macchia.**

  I certify that I am admitted to practice in this court.

January 12, 2006                           _____
Date                                            Signature

                                           Deborah M. Garskof      ct 18779
                                           Print Name              Bar Number

                                           Ury & Moskow, LLC, 883 Black Rock Turnpike
                                                    Address

                                           Fairfield        CT            06825
                                           City             State         Zip Code

                                           203-610-6393                203-610-6399
                                           Phone Number              Fax Number

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 12, 2006, a true and correct copy of the Appearance was served via first class mail, postage prepaid upon the following:

Attention: Legal Department
Ultravena Industries
1500 River Pines Drive
Green Bay, WI 54311

Charles A. DeLuca, Esquire
R. Kelley Franco, Esquire
Ryan Ryan Johnson & DeLuca
80 4th St., P.O. Box 3057
Stamford, CT 06905

David B. Sudzus, Esquire
John Dames, Esquire
Lara Otsuka, Esquire
Drinker Biddle & Reath
115 S. LaSalle Street, 23rd Floor
Chicago, IL 60603

John A. Simon, Esquire
Gardner, Carton & Douglas
Quaker Tower
321 N. Clark Street
Suite 3400
Chicago, IL  60610

Lori S. Kahn, Esquire
Kardaras & Kelleher
40 Wall Street
New York, NY 10005-1303

Louise A. Kelleher, Esquire
Cooper Kardaras & Scharf
40 Wall Street
New York, NY 10005-1303

Robert K. Marzik, Esquire
1512 Main Street
Stratford, CT 06497

Karen Shichman Crawford, Esquire
Buchanan Ingersoll Professional Corp.
One Oxford Centre
301 Grant Street
Pittsburgh, PA 15219-1410

Marguerite S. Walsh, Esquire
Littler Mendelson
Three Parkway
Suite 1400
Philadelphia, PA 19102

Calum B. Anderson, Esquire
Danaher Lagnese & Neal, P.C.
Capitol Place
21 Oak Street, Suite 700
Hartford, CT 06106

Donald M. Lieb, Esquire
Otjen Van Ert Stangle Lieb & Weir
700 North Water Street
Suite 800
Milwaukee, WI 53202

Paul F. Lantieri, Esquire
Bennett Bricklin & Saltzburg
1601 Market Street, 16th Floor
Philadelphia, PA 19103

R. Cornelius Danaher, Jr., Esquire
Danaher, Lagnese & Neal, P.C.
Capitol Place
21 Oak Street, Suite 700
Hartford, CT 06106

Richard Walker, II, Esquire
Kelley Jasons Mcguire
Centre Square West
1500 Market Street
Suite 1500
Philadelphia, PA 19102

Debra Schwaderer Dunne, Esquire
Thorp Reed & Armstrong
One Commerce Square
2005 Market Street
Suite 2010
Philadelphia, PA 19103

Paul B. Kerrigan, Esquire
Reed Smith
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

Deborah M. Garskof
Neal L. Moskow
Ury & Moskow, LLC
883 Black Rock Turnpike
Fairfield, CT 06825
Telephone: (203) 610-6393
Facsimile: (203) 610-6399
CT Federal Bar No. ct 18779