UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM J. MACCHIA AND<br>CHRISTINE B. MACCHIA, H/W<br><br>vs.<br><br>BAXTER HEALTHCARE CORPORATION,<br>et al | Civil Action No.:<br>303 CV 1004 (W WE) |

### WITHDRAWAL OF APPEARANCE

Kindly withdraw my appearance on behalf of Baxter Healthcare Corporation.

*Marguerite S. Walsh*
Marguerite S. Walsh, Esquire
Littler Mendelson, P.C.
Three Parkway, Suite 1400
1601 Cherry Street
Philadelphia, PA  19102
(267) 402-3000
mwalsh@littler.com

Attorneys for Plaintiff

Dated:  January 3, 2006

## CERTIFICATE OF SERVICE

I, Marguerite S. Walsh, hereby certify that I caused a true and correct copy of the foregoing Withdrawal of Appearance to be served via first class mail, postage prepaid, upon:

Louis A. Kelleher, Esquire
William P. Kardaras
Kardaras & Kelleher, LLP
40 Wall Street, 32nd Floor
New York, NY 10005-1303

Debra S. Dunne, Esquire
Thorp Reed & Armstrong
One Commerce Square
2005 Market Street, Suite 2010
Philadelphia, PA 19103-7041

Donald M. Lieb, Esquire
Otjean, Van Ert, Stangle, Lieb & Weir
700 Water Street, N., Suite 800
Milwaukee, WI 53202-4206

Lara Otsuka, Esquire
Kelley, Drye & Warren LLP
333 West Wacker Drive
Chicago, IL 60606

Paul F. Lantieri, Esquire
Bennett, Bricklin & Saltzburg, LLP
1601 Market Street, 16th Floor
Philadelphia, PA 19103

James Moriarty, Esquire
Two Stamford Plaza
281 Tresser Blvd
Stamford, CT 06901-3229

Richard L. Walker, II, Esquire
Kelley Jasons McQuire & Spinelli, LLP
Centre Square West, Suite 1500
1500 Market Street
Philadelphia, PA 19102

Paul B. Kerrigan, Esquire
Reed Smith, LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

John A. Simon, Esquire
Gardner, Carton & Douglas
191 No. Wacker Drive, Suite 3400
Chicago, IL 60606

Christopher A. Bradley, Esquire
Wayne R. Spivey, Esquire
Ury & Moskow
883 Black Road Turnpike
Fairfield, Connecticut 06825

Karen Shichman Crawford, Esquire
Buchanan Ingersoll P.C.
One Oxford Centre
301 Grant Street
Pittsburgh, PA 15219-1410

_Marguerite S. Walsh_
Marguerite S. Walsh

Dated: January 3, 2006