# United States District Court
# District of Connecticut

| | |
|---|---|
| David Macchia : | |
| *Plaintiff* : | |
| v. : | Case No. 3:03cv1004(WWE) |
| : | |
| Baxter Healthcare Corp, et al : | |
| *Defendant* | |

**ORDER OF REFERRAL TO MAGISTRATE JUDGE**

This case is referred to Magistrate Judge Holly B. Fitzsimmons for the following purposes:

____  All purposes except trial, unless the parties consent to trial before the magistrate judge

____  A ruling on all pretrial motions except dispositive motions

____  To supervise discovery and resolve discovery disputes

____  A ruling on the following motions which are currently pending:
Doc#

**✖**  A settlement conference

____  A conference to discuss the following:

____  Other:


SO ORDERED this __20th__ day of __January__, __2006__ at Bridgeport, Connecticut.


/s/_____
Warren W. Eginton
Senior United States District Judge