UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM J. MACCHIA, et al., | CASE NO.: 3:03 CV 1004 (WWE) |
| Plaintiffs, | |
| v. | |
| BAXTER HEALTHCARE CORPORATION, et al., | |
| Defendants. | JANUARY 19, 2006 |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 2(d), Calum B. Anderson, a member of the Bar of this Court, hereby moves the admission of Todd M. Weir in the above case. In support of this Motion, the undersigned states:

1. Todd M. Weir is a partner with the law firm of Otjen, Van Ert, Lieb & Weir, S.C., 700 North Water Street, Suite 800, Milwaukee, Wisconsin 53202-4206.

2. Mr. Weir is a member in good standing and has been admitted to practice before the:

    Supreme Court of Wisconsin;

    U.S. District Court, Eastern District of Wisconsin;

    U.S. District Court, Western District of Wisconsin; and

    U.S. Court of Appeals, 7th Circuit.

3. Mr. Weir has not been denied admission or disciplined by this or any other court.

4. Mr. Weir is familiar with the subject matter of this litigation.

5. Accompanying this motion is the fee of $25.00 pursuant to Local Rule 2(d)(2).

**WHEREFORE**, it is respectfully requested that Todd M. Weir be admitted *Pro Hac Vice* for purposes of this case.

CBA/CMS/457160.1

DEFENDANT,

DASH MEDICAL GLOVES, INC.

BY _/s/ Calum A._____
Calum B. Anderson
Federal Bar No.: ct07611
DANAHER, LAGNESE
 & NEAL, P.C.
21 Oak Street
Hartford, CT  06106
(860) 247-3666
canderson@dtln.com

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed, postage prepaid, this 19th day of January, 2006 to the following:

Maggie Dressel
Shrager Spivey Sachs & Weinstock
2001 Market Street
Two Commerce Square, 32nd Floor
Philadelphia, PA 19103
(215)568-7771

William P. Kardaras
Cooper Kardaras & Scharf
40 Wall Street
New York, NY 10005
(212) 785-5050

Neal L. Moskow, Esq.
Ury & Moskow
883 Black Rock Turnpike
Farifield, CT 06825
Ph:   203-610-6393

Robert K. Marzik, Esq.
1512 Main Street
Stafford, CT 06615

John Dames, Esquire
David Sudzus, Esquire
Lara C. Otsuka, Esquire
Drinker, Biddle & Reath, LLP
115 S. LaSalle Street, 23rd Floor
Chicago, IL 60603
Ph:   312-977-1510

Charles A. Deluca, Esq.
R. Kelley Franco, Esq.
Ryan, Ryan, Johnson & Deluca, LLP
80 Fourth Street
P.O. Box 3057
Stamford, CT 06905
Ph:   203-357-9200

_____
Calum B. Anderson