UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WILLIAM J. MACCHIA, et al., | : | CASE NO.: 3:03 CV 1004 (WWE) |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| BAXTER HEALTHCARE CORPORATION, | : | |
| et al., | : | |
| | : | |
| Defendants. | : | DECEMBER 20, 2005 |

### AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

Todd M. Weir, respectfully makes this affidavit pursuant to Local Rule of Civil Procedure 83.1(d)1 and in support of a motion for admission, pro hac vice. Todd M. Weir, being duly sworn, does hereby depose and say:

    1.    I am over 21 years of age and understand the obligations of making an oath.

2. My office address is Otjen, Van Ert, Lieb & Weir, S.C., 700 North Water Street, Suite 800, Milwaukee, Wisconsin 53202-4206. My telephone number is (414) 271-7271. My fax number is (414) 271-7272. My email address is tweir@otjen.com.

3. I am a member of the bar in each of the following courts:

Supreme Court of Wisconsin;

U.S. District Court, Eastern District of Wisconsin;

U.S. District Court, Western District of Wisconsin; and

U.S. Court of Appeals, 7th Circuit.

4. I have not been denied admission or disciplined by this Court or any other court.

5. I have fully reviewed and am familiar with the Rules of the United States District Court for the District of Connecticut.

Signed and sworn under the pain and penalties of perjury this 20th day of December, 2005

_____
Todd M. Weir

STATE OF WISCONSIN    )     DECEMBER
                      )     ~~AUGUST~~ 20, 2005
COUNTY OF MILWAUKEE )

    Then and there personally appeared Todd M. Weir who subscribed the foregoing Affidavit and who swore to the truth of the statements contained therein before me, the undersigned authority.

_____
Notary Public
State of Wisconsin
Milwaukee County
My Commission Expires: 4/8/07

**CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed, postage prepaid, this ___ day of January, 2006 to the following:

Maggie Dressel
Shrager Spivey Sachs & Weinstock
2001 Market Street
Two Commerce Square, 32nd Floor
Philadelphia, PA 19103
(215)568-7771

William P. Kardaras
Cooper Kardaras & Scharf
40 Wall Street
New York, NY 10005
(212) 785-5050

Neal L. Moskow, Esq.
Ury & Moskow
883 Black Rock Turnpike
Farifield, CT 06825
Ph:     203-610-6393

Robert K. Marzik, Esq.
1512 Main Street
Stafford, CT 06615

John Dames, Esquire
David Sudzus, Esquire
Lara C. Otsuka, Esquire
Drinker, Biddle & Reath, LLP
115 S. LaSalle Street, 23rd Floor
Chicago, IL 60603
Ph:     312-977-1510

Charles A. Deluca, Esq.
R. Kelley Franco, Esq.
Ryan, Ryan, Johnson & Deluca, LLP
80 Fourth Street
P.O. Box 3057
Stamford, CT 06905
Ph:     203-357-9200

_____
Calum B. Anderson