**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**


| | | |
|---|---|---|
| **WILLIAM J. MACCHIA, et al.** | : | |
| | : | |
| | : | |
| | : | |
| **vs.** | : | |
| | : | |
| | : | **NO.   3:03 CV1004 (WWE)** |
| **BAXTER HEALTHCARE** | : | |
| **CORPORATION, et al.** | : | |

**APPEARANCE**

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**


Enter my appearance as counsel in this case for:  Dash Medical Gloves, Inc.


Date:  ___2/1/06_____          _s/Todd M. Weir_____
                                              Todd M. Weir


phv0841_____          Otjen, Van Ert, Lieb & Weir, S.C.
Connecticut Fed. Bar No.             700 N. Water Street, Suite 800
                                     Milwaukee, WI  53202


(414) 271-7271_____
Telephone No.


(414) 271-7272_____
Fax No.


tweir@otjen.com_____
E-mail Address

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| **WILLIAM J. MACCHIA, et al.,** | : | |
| | : | |
| | : | |
| **vs.** | : | |
| | : | |
| | : | NO.   3:03 CV1004 (WWE) |
| **BAXTER HEALTHCARE** | : | |
| **CORPORATION, et al.** | : | |

<u>CERTIFICATE OF SERVICE</u>

This is to certify that the foregoing Appearance was mailed on this date to the

following:

Christopher A. Bradley
Shrager Spivey & Sachs
2001 Market Street
Two Commerce Square, 22nd Floor
Philadelphia, PA 19103
(215)568-7771

William P. Kardaras
Cooper Kardaras & Scharf
40 Wall Street, 32nd Floor
New York, NY 10005
(212) 785-5050

Neal L. Moskow, Esq.
Ury & Moskow
883 Black Rock Turnpike
Fairfield, CT  06825
Ph:    203-610-6393

Robert K. Marzik, Esq.
1512 Main Street
Stratford, CT  06615

John Dames, Esquire

David Sudzus, Esquire

Lara C. Otsuka, Esquire

Drinker, Biddle & Reath, LLP

115 S. LaSalle Street, 23rd Floor

Chicago, IL 60603

Ph:  312-977-1510

Charles A. Deluca, Esq.

R. Kelley Franco, Esq.

Ryan, Ryan, Johnson & Deluca, LLP

80 Fourth Street

P.O. Box 3057

Stamford, CT  06905

Ph:  203-357-9200


**OTJEN, VAN ERT, LIEB & WEIR, S.C.**


BY:   s/Todd M. Weir
     **TODD M. WEIR**

Attorney for Defendant,
Dash Medical Gloves, Inc.


DATE____2/1/06_____