UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

WILLIAM MACCHIA

v.                                                   3:03CV1004 WWE

BAXTER HEALTHCARE, et al

## JUDGMENT

On March 17, 2006, pursuant to Local Rule 41(b), notice was sent to all counsel of record indicating that the above-entitled case would be dismissed if closing papers were not filed on or before April 17, 2006. No closing papers have been received and no requests for continuance have been filed.

Therefore, it is ORDERED that the complaint be dismissed pursuant to Local Rule 41(b), without costs to any party and without prejudice to the right of any party to move within 30 days, upon good cause shown, to reopen the case if the settlement has not been consummated.

Dated at Bridgeport, Connecticut, this 20th day of April, 2006.

KEVIN F. ROWE, Clerk

By /s/ _____

Rosalie A. Krajcik
Deputy Clerk

Entered on Docket _____