UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM MACCHIA, et al., | : CIVIL ACTION NO. |
| Plaintiffs, | : 3: 03 CV 1004 (WWE) |
| v. | : |
| BAXTER HEALTHCARE CO., et al., | : |
| Defendants. | : |

**MOTION FOR ENTRY OF DEFAULT JUDGMENT
PURSUANT TO F.R.P.C. RULE 55 AGAINST ULTRAVENA INDUSTRIES**

Plaintiffs by and through their attorneys Shrager, Spivey & Sachs, hereby move this Honorable Court to enter a default judgment against defendant Ultravena Industries and in support thereof aver as follows:

1. This matter was initiated by plaintiffs on January 15, 1998, by filing of Complaint.

2. Among the defendants listed in plaintiffs' Complaint is defendant Ultravena Industries.

3. This matter was transferred to this Honorable Court by Order dated June 9, 2003.

4. Despite several requests to do so, defendant Ultravena Industries has never filed a response to plaintiffs' Complaint.

5. Defendant, Ultravena Industries has never served discovery responses to plaintiff, or any other party.

6. Plaintiffs have been, and continue to be, severely prejudice by the complete lack of response by defendant Ultravena Industries.

7.   Plaintiffs request that this Honorable Court enter default judgment against defendant Ultravena Industries pursuant to Federal Rule of Civil Procedure 55.

WHEREFORE, plaintiff respectfully requests that this Honorable Court grant the within Motion and enter an Order in the proposed form attached hereto.

Respectfully submitted,
URY & MOSKOW, LLC

BY: _____
Neal L. Moskow, Esq.
Ury & Moskow, LLC
883 Black Rock Turnpike
Fairfield, CT 06825
Telephone: (203) 610-6393
Facsimile: (203) 610-6399
Federal Bar No. ct04516
neal@urymoskow.com

AND

Shrager, Spivey & Sachs
Two Commerce Square
2001 Market Street, 32nd Floor
Philadelphia, PA 19103

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of June, 2006, a true and correct copy of Motion for Entry of Default Judgment Pursuant to F.R.P.C. Rule 55 Against Ultravena Industries was served via U.S. first class mail, postage pre-paid, upon the following:

Attention: Legal Department
Ultravena Industries
1500 River Pines Drive
Green Bay, WI 54311

Charles A. DeLuca, Esquire
R. Kelley Franco, Esquire
Ryan Ryan Johnson & DeLuca
80 4th St., P.O. Box 3057
Stamford, CT 06905

David B. Sudzus, Esquire
John Dames, Esquire
Lara Otsuka, Esquire
Drinker Biddle & Reath
115 S. LaSalle Street, 23rd Floor
Chicago, IL 60603

James M. Moriarty, Esquire
Kelley Drye & Warren
Two Stamford Plaza
281 Tresser Boulevard
Stamford, CT 06901

John A. Simon, Esquire
Gardner, Carton & Douglas
Quaker Tower
321 N. Clark Street
Suite 3400
Chicago, IL  60610

Lori S. Kahn, Esquire
Kardaras & Kelleher
40 Wall Street
New York, NY 10005-1303

Louise A. Kelleher, Esquire
Cooper Kardaras & Scharf
40 Wall Street
New York, NY 10005-1303

Robert K. Marzik, Esquire
1512 Main Street
Stratford, CT 06497

Karen Shichman Crawford, Esquire
Buchanan Ingersoll Professional Corp.
One Oxford Centre
301 Grant Street
Pittsburgh, PA 15219-1410

Marguerite S. Walsh, Esquire
Littler Mendelson
Three Parkway
Suite 1400
Philadelphia, PA 19102

Calum B. Anderson, Esquire
Danaher Lagnese & Neal, P.C.
Capitol Place
21 Oak Street, Suite 700
Hartford, CT 06106

Donald M. Lieb, Esquire
Otjen Van Ert Stangle Lieb & Weir
700 North Water Street
Suite 800
Milwaukee, WI 53202

Paul F. Lantieri, Esquire
Bennett Bricklin & Saltzburg
1601 Market Street, 16th Floor
Philadelphia, PA 19103

R. Cornelius Danaher, Jr., Esquire
Danaher, Lagnese & Neal, P.C.
Capitol Place
21 Oak Street, Suite 700
Hartford, CT 06106

Richard Walker, II, Esquire
Kelley Jasons Mcguire
Centre Square West
1500 Market Street
Suite 1500
Philadelphia, PA 19102

Debra Schwaderer Dunne, Esquire
Thorp Reed & Armstrong
One Commerce Square
2005 Market Street
Suite 2010
Philadelphia, PA 19103

Paul B. Kerrigan, Esquire
Reed Smith
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

*Ury & Moskow, LLC*

By: /s/ Neal L. Moskow
Neal L. Moskow, Esq.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM MACCHIA, et al., : <br> Plaintiffs, : <br> : <br> v. : <br> : <br> BAXTER HEALTHCARE CO., et al., : <br> Defendants. : | CIVIL ACTION NO. <br> 3: 03 CV 1004 (WWE) |

## O R D E R

AND NOW, this _____ day of _____, 2006, upon consideration of plaintiffs' Motion for the Entry of Default Judgment against Defendant Ultravena Industries, it is hereby ORDERED and DECREED, that said Motion is GRANTED, Judgment is hereby entered against defendant Ultravena Industries, and the Clerk of Courts is directed to note said Judgment on the dockets.

BY THE COURT:

_____
                              J.