# United States District Court
# District of Connecticut

| | |
|---|---|
| Macchia, et al  *Plaintiff*  v.  Baxter Healthcare Co, et al  *Defendant* | Case No.  3:03cv1004(WWE) |

**ORDER OF REFERRAL TO MAGISTRATE JUDGE**

This case is referred to Magistrate Judge Holly B. Fitzsimmons for the following purposes:

____   All purposes except trial, unless the parties consent to trial before the magistrate judge

____   A ruling on all pretrial motions except dispositive motions

____   To supervise discovery and resolve discovery disputes

____   A ruling on the following motions which are currently pending:
Doc#

____   A settlement conference

____   A conference to discuss the following:

_X_   Other:
**Hearing on Damages - Motion for Default Judgment against Ultravena**


SO ORDERED this __24th__ day of __July__, __2006__ at Bridgeport, Connecticut.


 _/s/_____
 Warren W. Eginton
 Senior United States District Judge